ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief Narcotics Section

TOM MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2014

at 9 o'clock and 08 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 14-00213RLP |
|---|---|---|
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| vs. | ) | |
| JACOB KALANI LEO ESTEVEZ, and REAVA M. K. PERRIERA, | ) | |
| Defendants. | ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Beginning at a date unknown and continuing up to and including February 25, 2014, within the District of Hawaii and elsewhere, Defendants JACOB KALANI LEO ESTEVEZ and REAVA M. K. PERRIERA did knowingly and intentionally combine,

conspire, confederate and agree with others, known and unknown, to distribute and possess, with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 846.

I further state that I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and that this complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

DATED: HONOLULU, HAWAII: February 27, 2014.

_____
JOSHUA B. ARNDT
SPECIAL AGENT, FBI

Sworn to and subscribed in my presence
this 27 day of February 2014:

_____
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua B. Arndt, being first duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since July 2010. I am currently assigned to the Honolulu Division, Criminal Enterprise Squad.

2. The information contained within this affidavit was provided to me by SA Joel D. Rudow, who is assigned to the Maui Resident Agency.

3. This affidavit is submitted in support of an application for warrants to arrest Jacob Kalani Leo Estevez and Reava M. K. Perriera.

**Overview of the Investigation**

4. On February 25, 2014, while conducting a surveillance, officers of the Maui County Police Department (MCPD) observed Estevez and Perriera exiting the Courtyard by Marriott hotel, 532 Airport Road, Kahului, Hawaii, and entering a vehicle bearing Hawaii license plate LED-393. As the vehicle left the hotel, Estevez was observed to be the driver, and Perriera the front-seat passenger.

5. After determining that LED-393 was being driven towards Lahaina, Hawaii, the MCPD conducted a traffic stop of the vehicle on the Honoapiilani Highway, near Olowalu, Hawaii. The purpose of the traffic stop was to execute Hawaii State Search Warrants #2014-0085 and #2014-0086, which had been issued for the persons of Estevez and Perriera. After being searched, Estevez read and signed both a waiver of his Miranda rights and a consent to search the vehicle. Inside the vehicle, MCPD officers recovered approximately 326.15 grams of suspected crystal methamphetamine. A subsequent field test of the substance returned a positive reaction for the presence of methamphetamine.

6. Immediately after the search of the vehicle, MCPD officers advised Estevez and Perriera that suspected crystal methamphetamine had been found within the vehicle, and placed both individuals under arrest. The MCPD officers requested that Estevez give consent for the MCPD to search Estevez' hotel room at the Courtyard by Marriott. Estevez again read and signed both a waiver of his Miranda rights and a consent to search his hotel room, #134. At the Courtyard by Marriott hotel, MCPD officers utilized a card key, provided by Estevez, to access room #134. Within the room, MCPD officers recovered approximately 164.82 grams of suspected crystal methamphetamine, $16,094.00 in U. S. currency, a digital scale, and packaging materials, to include ziplock baggies and plastic heat-seal bags. A subsequent field test of the suspected crystal methamphetamine returned a positive reaction for the presence of methamphetamine.

7. On February 25, 2014, while in custody at the MCPD Wailuku Station, Estevez again waived his Miranda rights by executing MCPD Form 103. During the interview that followed, Estevez admitted that the drugs and paraphernalia recovered by MCPD belonged to Estevez. Estevez further advised that he had been selling crystal methamphetamine to numerous customers in Maui for approximately eight (8) months. According to Estevez, all of Estevez' Maui drug customers had been introduced to Estevez by Perriera.

## **Conclusion**

8. Based on the foregoing, I believe there is probable cause to conclude that JACOB KALANI LEO ESTEVEZ and REAVA M. K. PERRIERA did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown, to distribute and possess, with intent to distribute, fifty (50) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 846.

_____
JOSHUA B. ARNDT
Special Agent
Federal Bureau of Investigation

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that defendant above named committed the charge found to exist by the undersigned Judicial Officer at ____ a.m./p.m. on February ____, 2014.

Subscribed and sworn to before me this 27th day of February 2014.

_____
HON. RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii